People v Maldonado (2025 NY Slip Op 03770)

People v Maldonado

2025 NY Slip Op 03770

Decided on June 24, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 24, 2025

Before: Webber, J.P., Friedman, Kapnick, Higgitt, JJ. 

Ind. No. 340/18|Appeal No. 4627|Case No. 2019-2853|

[*1]The People of the State of New York, Respondent,
v
Josue Maldonado, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Lauren E. Jones of counsel), for appellant.

Appeal from judgment, Supreme Court, Bronx County (Julio Rodriguez III, J. at plea; Marsha Michael, J. at sentencing), rendered May 8, 2018, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him to a term of three years, held in abeyance, motion by assigned counsel to be relieved denied without prejudice to renewal, and counsel directed to communicate to defendant, in Spanish, the same information already provided to defendant in counsel's letter to defendant concerning the instant application for relief under People v Saunders (52 AD2d 833 [1st Dept 1976]).
Although counsel's letter to defendant properly explained the substance and expected consequences of counsel's Saunders brief and advised him of his right to file a pro se supplemental brief, it was inadequate because it was written in English while the record reflects that defendant was aided by a Spanish interpreter at the plea and sentencing proceedings. There is nothing to indicate that defendant understood the letter or that anything was done to communicate its substance to him in Spanish (see People v Marrero, 11 AD3d 298 [1st Dept 2005]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 24, 2025